FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2020

No. 04-19-00713-CR

John Derek **ALLEN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC6678
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court